### WEINSTEIN v. INTERURBAN ST. RY. CO.

(Supreme Court, Appellate Term.  February 23, 1904.)

1. CARRIERS—RAILROAD LAW—TRANSFERS—ACTION FOR PENALTY—EVIDENCE.

Where, in an action to recover the penalty prescribed by Railroad Law, § 105 (Laws 1890, p. 1114, c. 565), for a refusal to give a transfer, it appeared that a transfer was given plaintiff, but not honored by the conductor of the car he subsequently took, and there was no evidence that he took the proper car, or that, if he had taken it, the transfer would have been refused, he was not entitled to recover.

Appeal from Municipal Court, Borough of Manhattan, Thirteenth District.

Action by Hyman Weinstein against the Interurban Street Railway Company.  From a judgment in favor of plaintiff, defendant appeals. Reversed.

Argued before FREEDMAN, P. J., and GIEGERICH and McCALL, JJ.

Henry W. Goddard and William E. Weaver, for appellant.
J. Gordon, for respondent.

PER CURIAM.  This action was brought to recover the penalty prescribed by section 105 of the railroad law (Laws 1890, p. 1114, c. 565) for a refusal to give a transfer.  The complaint herein is not

sustained by the proof.    The undisputed facts show, not that the plain-
tiff was refused transfers for himself and wife, but that transfers were
given him.    These transfers were not honored by the conductor of
the car which was subsequently taken by plaintiff and his wife, but
there is no evidence showing that he had taken the proper car, which
it was shown he might have taken to enable him to reach his destina-
tion; nor was it shown that, if he had taken such car, the transfer held
by him would have been refused.

Judgment reversed, and new trial ordered, with costs to the appel-
lant to abide the event.